UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| K-W SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00345-O |
| PRO GEN FINANCIAL AND INSURANCE SOLUTIONS, INC., | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The above-captioned case is **DISMISSED without prejudice**.

2. All claims which were, or which could have been brought by the parties therein, are each **DISMISSED without prejudice** to the refiling of the same.

3. The taxable costs of court, as calculated by the Clerk of Court, shall be borne by the party incurring the same.

**SO ORDERED** on this **14th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE